JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COBELFRET S.A.,

        Plaintiff,

- against -

ATLAS BULK SHIPPING A/S,

        Defendant.
------------------------------------------------------------X

07 CV 3595

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or publicly held corporations that hold 10% or more of the Plaintiff's stock: NONE.

Dated: May 4, 2007
       New York, NY

The Plaintiff,
COBELFRET S.A.

By: _____
Lauren C. Davies (LD 1980)
Kevin J. Lennon (KL 5072)

TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 (Phone)
(212) 869-0067 (Fax)
ldavies@tisdale-lennon.com
klennon@tisdale-lennon.com