RAKOFF, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COBELFRET S.A.,                          :    07 CV 3595 (JSR)

      Plaintiff,                         :    ECF CASE

   - against -                          :    **NOTICE AND ORDER
                                                     OF VOLUNTARY DISMISSAL**
ATLAS BULK SHIPPING A/S,                 :

      Defendant.                         :
----------------------------------------X

     PLEASE TAKE NOTICE, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

     The maritime attachment is hereby vacated and the non-party garnishees are directed to release any funds that they may have restrained pursuant to the writ of maritime attachment.

Dated: May 11, 2007
      New York, NY

                                                         The Plaintiffs,
                                                         COBELFRET S.A.

                                                      By: _____
SO ORDERED:                                    Kevin J. Lennon (KL 5072)
                                                       TISDALE & LENNON, LLC
                                                       11 West 42nd Street, Suite 900
_____           New York, NY 10036
      U.S.D.J.                               (212) 354-0025 – phone
   5/11/07                                 (212) 869-0067 – fax

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-07
```